USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

THE COOKWARE COMPANY (USA), LLC, : 15-Cv-5796 (SHS)

                          Plaintiff, :

               -v- : ORDER

STEVEN AUSTIN, STEVEN AUSTIN, LLC, :
and HUDSON HOME GROUP, LLC,
                                             :

                        Defendants.
-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       A pretrial conference having been held today, with counsel for all parties present,

       IT IS HEREBY ORDERED that:

       1.      Defendants' motion to strike Thomas Heck's expert report pursuant to Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993) is due on or before March 20, 2020;

       2.      Plaintiff's response to the motion is due on or before April 3, 2020;

       3.      Defendants' reply is due on or before April 10, 2020;

       4.      The moving and responsive briefs shall be no more than 20 pages each, the reply brief shall be no more than 10 pages;

       5.      The joint pretrial order, proposed jury charges, and, if the parties wish, proposed *voir dire* and motions *in limine* are due by May 26, 2020;

       6.      Responses to any motions *in limine* are due by June 1, 2020;

       7.      There will be a final pretrial conference on June 5, 2020, at 10:00 a.m.

8. The Daubert hearing will be held on June 8, 2020, at 10:00 a.m. The parties shall notify the Court of any witnesses they intend to call on or before June 1; and

9. The trial of this action will commence on June 15, 2020, at 9:30 a.m.

Dated: New York, New York
March 6, 2020

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.