UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THE COOKWARE COMPANY(USA), LLC,　　　15-Cv-5796 (SHS)

               Plaintiff,　　　　　　　　ORDER

-v-

STEVEN AUSTIN, *ET AL.*,

               Defendants.

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    Defendant Hudson Home Group, LLC, having filed a letter motion to seal certain documents [Doc. No. 126], and no response from any party having been filed as of April 13, 2020,

    IT IS HEREBY ORDERED that defendant Hudson Home Group, LLC's motion to seal certain documents [Doc. No. 126] is granted.

Dated: New York, New York
       April 14, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.