UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| THE COOKWARE COMPANY (USA), LLC, | : | 15-Cv-5796 (SHS) |
| Plaintiff, | : | |
| -v- | : | <u>ORDER</u> |
| STEVEN AUSTIN, STEVEN AUSTIN, LLC, and HUDSON HOME GROUP, LLC, | : | |
| Defendants. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    At the request of the parties, the Daubert hearing scheduled for September 30, 2020, at 10:00 a.m. will proceed as a videoconference via Skype. The Skype link will be emailed to all parties. To optimize use of the Court's video conferencing technology, all participants in the call must:

    Use a browser other than Microsoft Explorer to access Skype for Business;

    Position the participant's device as close to the WiFi router as is feasible;

    Ensure any others in the participant's household are not using WiFi during the period of the call;

    Unless the participant is using a mobile telephone to access Skype for Business, connect to audio by having the system call the participant; and

    If there is ambient noise, the participant must mute his or her device when not speaking.

    Co-counsel, members of the press, and the public may access the audio feed of the conference by dialing 917-933-2166 and entering the Conference ID number 864851129.

Dated: New York, New York
       September 15, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.