UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THE COOKWARE COMPANY (USA), LLP,  :   15-Cv-5796 (SHS)

        Plaintiff,  :

    -v-  :   ORDER

STEVEN AUSTIN, and HUDSON HOME  :
GROUP, LLC,
  :
        Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court is in receipt of the parties' October 28, 2020, letter requesting an unlimited adjournment of the trial due to the "travel restrictions and other difficulties caused by the COVID-19 pandemic."

    IT IS HEREBY ORDERED that:

    1.    The request for an unlimited adjournment of the trial is denied;

    2.    The trial currently scheduled for November 17, 2020, will be rescheduled by the Court to a date in the second quarter of 2021; and

    3.    A pretrial conference will be held in this matter on March 25, 2021, at 11:00 a.m.

Dated:  New York, New York
         October 28, 2020

                                  SO ORDERED:

                                  _____
                                  Sidney H. Stein, U.S. District Judge