UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| THE COOKWARE COMPANY (USA), LLC, | : | 15-Cv-5796 (SHS) |
| | : | |
| Plaintiff, | | |
| | : | ORDER |
| -v- | | |
| | : | |
| STEVEN AUSTIN, STEVEN AUSTIN, LLC, and HUDSON HOME GROUP, | : | |
| Defendants. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The trial of this matter is scheduled to begin on July 12, 2021, at 9:30 a.m. [Doc. No. 156]. Accordingly,

    IT IS HEREBY ORDERED that the parties are directed to notify this Court in writing on or before May 10, 2021, as to what the likelihood is of this trial proceeding to trial rather than being consensually resolved prior to trial.

Dated: New York, New York
       May 5, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.