UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

THE COOKWARE COMPANY (USA), LLC, : 15-Cv-5796 (SHS)

:

        Plaintiff,

: ORDER

  -v-

:

STEVEN AUSTIN, STEVEN AUSTIN, LLC, and HUDSON HOME GROUP, :

        Defendants. :

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court has been advised that the *Ad Hoc* Committee on the Resumption of Jury Trials has scheduled the trial in this matter to begin on Tuesday, July 13, 2021. There are three criminal trials also scheduled to begin on July 13 which have priority over this matter. The Court will advise the parties as soon as it is notified that this trial has moved into the first slot for a trial on July 13, 2021, or if this matter will have to be adjourned to the fourth quarter, *i.e.*, October, November, or December. Accordingly,

    IT IS HEREBY ORDERED that the final pretrial conference is adjourned to June 30, 2021, at 10:30 a.m.

Dated: New York, New York
       June 4, 2021

                              SO ORDERED:

                              Sidney H. Stein, U.S.D.J.