UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

THE COOKWARE COMPANY (USA), : 15-Cv-5796 (SHS)
LLC,
                                             :
          Plaintiff,
                                             :        <u>ORDER</u>
    -v-
                                             :

STEVEN AUSTIN, STEVEN AUSTIN,
LLC, and HUDSON HOME GROUP, :

         Defendants. :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The Court has been notified that the trial in this matter is scheduled for a firm trial date on Thursday, May 19, 2022, at 9:30 a.m. The trial will take place in Courtroom 23A at the U.S. Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       April 18, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.