

# COLLIER LEGAL LLC

Sean Collier
Attorney & Managing Member
(908) 581-7180
sean@collier.legal
*Admitted to practice in*
*New York and New Jersey*

April 29, 2022                                              **MEMO ENDORSED**

<u>Via ECF</u>

Honorable Sidney H. Stein, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *The Cookware Company (USA), LLC v. Austin, et al.*, No. 15 Civ. 5796 (SHS)

Dear Judge Stein:

I write on behalf of defendant Hudson Home Group, LLC, regarding an issue that I neglected to raise in time for inclusion in the letter from plaintiff's counsel Mr. John Rosenberg filed earlier this week.

The parties to this matter currently are preparing for the pre-trial conference scheduled for this coming Wednesday, May 4, 2022. But as Your Honor will recall, on that same date Hudson's lead counsel, Robert J. Basil, will be representing the defendant in a criminal trial that commenced on April 26, 2022 (*United States v. Shin*, 19-cr-552 (JPC)). Accordingly, though much uncertainty remains regarding the respective schedules of that criminal proceeding and the instant matter before Your Honor, certainly Mr. Basil will be unavailable on the date of the pre-trial conference.

Given Mr. Basil's status as Hudson's lead counsel, I therefore respectfully request that the Court adjourn the May 4 conference to a date that is more appropriate in light of both the ultimate commencement date of the trial in the instant matter and Mr. Basil's availability. I have conferred with counsel for all other parties and they have consented to this request.

Hon. Sidney H. Stein, U.S.D.J.                                                                April 29, 2022
                                                                                               Page 2

I regret raising this issue piecemeal but thank the Court for its consideration.

                              Respectfully submitted,

                              *s/ Sean Collier*

                              Sean Collier

cc:   All counsel of record *(via ECF and email)*

**The final pretrial conference on May 4 will be held at 5:00 p.m. in Courtroom 23A, in order to accommodate Mr. Basil's trial schedule.**

**Dated: New York, New York**
       **May 2, 2022**

                              SO ORDERED:

                              Sidney H. Stein, U.S.D.J.