UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

THE COOKWARE COMPANY (USA), : 15-Cv-5796 (SHS)
LLC,
                              :
        Plaintiff,
                              :   ORDER
        -v-
                              :
STEVEN AUSTIN, STEVEN AUSTIN,
LLC, and HUDSON HOME GROUP,   :

        Defendants.           :

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

   The Court having received the parties' joint letter dated May 12, 2022 [Doc. No. 181] regarding potential trial dates,

   IT IS HEREBY ORDERED that:

   1.   The trial of this matter will commence on Monday, October 24, 2022, at 9:30 a.m. in Courtroom 23A, and will continue from day-to-day until completed;

   2.   The parties shall file a list of any evidentiary objections to the proposed trial exhibits, including copies of the relevant exhibits, if any, and deposition testimony on or before September 12, 2022;

   3.   The final pretrial conference is scheduled for September 19, 2022, at 9:30 a.m.; and

   4.   There will be no further adjournments of the trial of this 2015 case beyond October 24, 2022.


Dated: New York, New York
       May 13, 2022

                                        SO ORDERED:

                                        _____
                                        Sidney H. Stein, U.S.D.J.