UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| THE COOKWARE COMPANY (USA), LLC, | : | 15-Cv-5796 (SHS) |
| Plaintiff, | : | |
| | : | ORDER |
| -v- | | |
| | : | |
| STEVEN AUSTIN, STEVEN AUSTIN, LLC, and HUDSON HOME GROUP, | : | |
| Defendants. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the final pretrial conference is adjourned to October 7, 2022, at 10:00 a.m.

Dated: New York, New York
       September 14, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.