UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

THE COOKWARE COMPANY (USA), LLC,  :   15-Cv-5796 (SHS)

          Plaintiff,  :

                               :   **ORDER**

      -v-

                               :

STEVEN AUSTIN, STEVEN AUSTIN, LLC, and HUDSON HOME GROUP,  :

          Defendants.  :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     As set forth in the Court's Order dated October 13, 2022,

     IT IS HEREBY ORDERED that the trial of this action will commence on October 31, 2022, at 9:30 a.m. in Courtroom 23A unless a stipulation of dismissal with prejudice is filed prior to October 31, 2022 [Doc. No. 192]. There will be no further adjournments of the trial. In addition, if this action settles after 12:00 noon on October 28, the Court shall assess the parties with the cost of one day's attendance of the jurors. *See* Local Civil Rule 47.1.

Dated: New York, New York
       October 27, 2022

                                        SO ORDERED:

                                        Sidney H. Stein, U.S.D.J.